Order entered October 12, 2022



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00524-CV

## IN THE INTEREST OF C.A. AND B.A., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-04776**

## ORDER

The reporter's record in this case is past due. By postcard dated August 16, 2022, we notified Cassandra Anderson, Official Court Reporter for IV-D Court No. 1, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence regarding the reporter's record.

Accordingly, we **ORDER** Cassandra Anderson to file, within **FIFTEEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has

not requested the reporter's record.[1]  *We notify appellant that if we receive verification the reporter's record has not been requested, we will order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Mary Brown
Presiding Judge
301st Judicial District Court

Honorable George R. Collins

Cassandra Anderson
Official Court Reporter
IV-D Court No. 1

All parties

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE

---

[1] Our records indicate appellant is entitled to proceed without payment of costs.